IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRACY SHUTES,
    Plaintiff

vs.                                                                                                                    No. 04-1114

COOPER-STANDARD AUTOMOTIVE INC.,
    Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

On the 21 day of March, 2006, came before the Court the Plaintiff, Tracy Shutes, and the Defendant, Cooper-Standard Automotive Inc., by and through counsel of record, and announced to the Court that Plaintiff desired to dismiss all claims against Defendant.

*IT IS, THEREFORE, ORDERED,* that all claims which have been or could have been stated by Plaintiff against Defendant in connection with the subject matter of this litigation be, and the same are hereby dismissed with prejudice to the refiling of same.

All parties are to be responsible for those costs which they incurred, and no other costs.

SIGNED and ENTERED this 21 day of March, 2006.

                                                  United States District Judge

DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 21 2006
CHRIS R. JOHNSON, CLERK

- 1 -

**APPROVED AS TO FORM AND SUBSTANCE:**

_____
William G. Bullock, Attorney for
Defendant Cooper-Standard
Automotive Inc.

_____
Sandra Harris, Attorney for Plaintiff